No. 1,757.—HEINZE ET AL., APPELLANTS, *v.* BOSTON & MONTANA CON. COPPER & SILVER MINING CO., RESPONDENT.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

On motion to dismiss appeal.

Decided January 16, 1904.

PER CURIAM.—The motion to dismiss this appeal is hereby sustained, and the appeal is accordingly dismissed.

*Mr. J. M. Denny,* and *Mr. John J. McHatton,* for Appellants.

*Mr. C. F. Kelley,* and *Messrs. Forbis & Evans,* for Respondent.

———

No. 2,034.—STATE EX REL CITY COUNCIL OF THE CITY OF BUTTE ET AL., RELATORS, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original—Writ of supervisory control.

Decided January 27, 1904.

PER CURIAM.—The application for a writ of supervisory control, or some other appropriate writ, herein, is hereby denied.

*Mr. Bernard Noon,* for Relators.